## No. 1,206.

### THE STATE OF LOUISIANA VS. GUS BROWN.

This case having been submitted without argument or brief on either side, and on examination of the record failing to disclose any error to defendant's prejudice, judgment affirmed.

APPEAL from the Twenty-sixth District Court, Parish of Jefferson. *Rost*, J.

*Gervais Lèche*, District Attorney, for the State, Appellee.

*W. L. Thompson* for Defendant and Appellant.

The opinion of the Court was delivered by

FENNER, J. There has been no appearance in behalf of defendant before this court, and the case has been submitted without any argument, oral or written, on behalf of either the State or the accused.

We have examined the record and the several bills of exception therein contained, and deem it sufficient to say that we have been able to discover no error vitiating the verdict and sentence.

Judgment affirmed.